# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2020

January 2, 2018

**VIA CM/ECF**
Honorable Judge Lorna Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

        Re:    Norris v. Hughes Tavern LLC, d/b/a Hughes Tavern, et al.
              Case 1:19-cv-10548-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter. This is an enforcement action pursuant to the ADA and similar state and local statutes.

    The Initial Pretrial Conference in this matter is currently scheduled for January 30, 2020, at 10:30 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to mid-February, or any other date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED in part and DENIED in part

The initial conference set for January 30, 2020, at 10:30 A.M. is adjourned to February 13, 2020, at 10:30 A.M.

If Defendants fail to appear prior to February 6, 2020, Plaintiff shall file default judgment materials, in lieu of initial conference materials, by that date. *See* Court Individual Rules, Attachment A.

Dated: January 24, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE