```
UNITED STATES DISTRICT COURT                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                 DOCUMENT
------------------------------------------X   ELECTRONICALLY FILED
                                              DOC #:_____
NAMEL NORRIS                              :   DATE FILED: 4/2/2020
                         Plaintiff        :
                                          :   19 Civ. 10548 (LGS)
            -against-                     :
                                          :          ORDER
HUGHES TAVERN, LLC, et al.                :
                         Defendants.      :
------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 9, 2020 (Dkt. No. 16),

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the April 9, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.

Dated: April 2, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**